IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60357
Conference Calendar
_____


WILLIAM A. SHAW,

                                        Plaintiff-Appellant,

versus

EDDIE LUCAS, Commissioner, Mississippi
Department of Corrections, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:93-CV-184-S-B
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     William A. Shaw, Mississippi inmate #40656, appeals the

dismissal as frivolous of his civil rights complaint.  His only

argument raised before this court,[**] for the first time on

appeal, is that the district court erred by relying on Sandin v.

---

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

     [**]  Issues raised in the district court have not been raised
in Shaw's appellate brief.  Thus, they are deemed abandoned on
appeal.  See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

Conner, 115 S. Ct. 2293 (1995), because Sandin does not apply

retroactively.  Our review of the matter reveals no error, plain

or otherwise, by the court in its reliance on Sandin.  See

Highland Ins. v. National Union Fire Ins., 27 F.3d 1027, 1031-32

(5th Cir. 1994) (applying plain-error standard in civil case),

cert. denied, 115 S. Ct. 903 (1995).

This appeal is frivolous and is therefore dismissed.  See

5th Cir R. 42.2.  We caution Shaw that any additional frivolous

appeals filed by him will invite the imposition of sanctions.  To

avoid sanctions, Shaw is further cautioned to review all pending

appeals to ensure that they do not raise arguments that are

frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.